United States District Court
Southern District of Texas
**ENTERED**
August 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANA RUTH HERNANDEZ LARA, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-06061 |
| v. | § | |
| | § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The respondent has filed a motion requesting additional time to file a responsive pleading. The motion (Dkt. No. 9) is **GRANTED**. The respondent's answer is due by **August 27, 2026**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on August 24, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge